IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-100 |
| | ) | |
| DAVID JOHNSON | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 25th day of Jan, 2010, upon consideration of the foregoing Motion to Examine Evidence with Citation of Authority, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion be, and the same hereby is granted and the defendant, David Johnson, is permitted forthwith to have the drugs at issue in this case analyzed by an expert of his choosing; it is FURTHER ORDERED that the government shall cooperate with the defense in arranging such examination, which examination shall remain confidential defense work product except as reciprocal discovery is required by Rule 16 of the Federal Rules of Criminal Procedure.

_____
Gary L. Lancaster
United States District Judge