IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    )      Criminal No. 08-100
                              )
DAVID JOHNSON                 )

## ORDER OF COURT

AND NOW, this **27**ᵗ day of December, 2010, upon

consideration of the foregoing Defendant's Motion for Contact

Visits with His Children, it is hereby ORDERED, ADJUDGED AND

DECREED that the Motion is GRANTED; it is further ORDERED that

Taquaya Williams, the girlfriend of David Johnson, shall be

permitted to bring Dayonna Johnson and David Johnson, Jr. to

the Allegheny County Jail for the purpose of contact visits

with Defendant David Johnson in accordance with the rules and

policies set forth by the Warden of the Allegheny County Jail.

_____
Gary L. Lancaster
Chief United States District Judge